AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TOSHA OGLESBY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:25-cv-63

FRANK BISIGNANO, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated January 26, 2026, the Court reverses the decision of the Commissioner and remands this cause to the Commissioner for further administrative proceedings.

This case stands closed.

Approved by: _____

HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

January 26, 2026          John E. Triplett, Clerk of Court
*Date*          *Clerk*

_____
*(By) Deputy Clerk*